UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

GLORIA MCCAREY-TATE,                    )
                                        )
        Plaintiff,                      )
                                        )
        v.                              )        CAUSE NO. 3:04-CV-351 AS
                                        )
PHILIPS PRODUCTS, INC., a wholly-       )
owned subsidary of TOMKINS              )
INDUSTRIES, INC.,                       )
                                        )
        Defendant.                      )

## REPORT AND RECOMMENDATION

On June 4, 2004, Plaintiff filed a complaint alleging a violation of the Americans with

Disabilities Act, 42 U.S.C. § 12101, *et seq.* ("ADA").   On February 11, 2005, this Court granted

Plaintiff's motion to withdraw their appearance.   Plaintiff was advised that she had until March

14, 2005, to either have substitute counsel enter their appearance on her behalf or to notify this

Court of her desire to proceed *pro se*.   With no response from the Plaintiff on the status of her

case, this Court ordered Plaintiff to show cause by April 15, 2005, addressing why her case

should not be dismissed for the failure to prosecute her claim.   On April 1, 2005, Plaintiff filed a

response to the order to show cause which stated, "Plaintiff and Defendant counsel will settle out

of court.  Plaintiff wishes not to go to court at this time."  From her response, it appears that

Plaintiff is requesting a dismissal of her case.  Therefore, this Court **RECOMMENDS** that

Plaintiff's case be **DISMISSED WITHOUT PREJUDICE**.

**NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations.  Fed.R.Civ.P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.  See Thomas v. Arn, 474 U.S. 140 (1985); Lerro v. Quaker Oats Co., 84 F.3d 239 (7th Cir. 1996).**

**SO ORDERED.**

Dated this 8th day of April, 2005.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge

cc:     McCarey-Tate