UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **GLORIA McCAREY-TATE** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | No. 3:04cv0351 AS |
| | ) | |
| **PHILIPS PRODUCTS INC., a wholly-** | ) | |
| **owned subsidiary of Tomkins Industries** | ) | |
| **Inc. ,** | ) | |
| **Defendant** | ) | |

*ORDER*

This court takes judicial notice of the record in this case, and particularly the report and recommendation filed on April 8, 2005 by the Honorable Christopher A. Nuechterlein, United States Magistrate Judge.  In accord with that Report and Recommendation and the record, this case is now **DISMISSED WITHOUT PREJUDICE**.  **IT IS SO ORDERED**.

**DATED:**  May 3, 2005

                                                              **s/ ALLEN SHARP**
                                             **ALLEN SHARP, JUDGE**
                                             **UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein